

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00683-CR

Ben Andre **BRIDGES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR11498
Honorable Kevin M. O'Connell, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED October 24, 2018.

Rebeca C. Martinez, Justice